# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 17-0443-JPR**  Date: **December 22, 2017**
Title: **Jose Alvardo Paniagua v. Nancy A. Berryhill**

==============================================================

**DOCKET ENTRY: Order to Show Cause re Failure to Prosecute**

==============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Karl Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:
None present  None present

## PROCEEDINGS: (IN CHAMBERS)

Under the terms of the Court's November 13, 2017 case-management order, Plaintiff was to serve and file a motion for judgment on the pleadings no later than December 18, 2017. To date Plaintiff has not done so, nor has he requested an extension of time.

No later than 14 days from the date of this order, Plaintiff must show cause in writing why this action should not be dismissed for lack of prosecution. See C.D. Cal. R. 41-1. Alternatively, he may within that time period file his motion for judgment on the pleadings, in which case this OSC will automatically be discharged. Plaintiff is expressly warned that his failure to timely and satisfactorily comply with this order may result in his case being dismissed for failure to prosecute.

Plaintiff is advised that legal help is available from the pro se clinics in this district. The closest one to Plaintiff appears to be in Room 125 of the George E. Brown, Jr. Federal Building, 3470 12th Street, Riverside, California 92501. For more information, he may call (951) 682-7968 or visit the clinics' website, http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.