**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALVARDO PANIAGUA, | ) Case No. EDCV 17-0443-JPR )|
| Plaintiff, | ) ) **J U D G M E N T** |
| v. | ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED that this action is dismissed.

DATED: January 16, 2018

JEAN ROSENBLUTH
U.S. Magistrate Judge